UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| **O.E. by and through his parents** | * | **CIVIL ACTION NO: 2:23-cv-02578** |
| **VERSUS** | * | **JUDGE Nannette J. Brown** |
| **New Orleans Regional Transit Authority** | * | **MAGISTRATE JUDGE KAREN ROBY** |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ANSWER AND AFFIRMATIVE DEFENSES**

**NOW INTO COURT**, through undersigned counsel, comes New Orleans Regional Transit Authority hereinafter referred to as "Defendant"), who in answer to Plaintiff's Original Complaint responds as follows:

The Preliminary Statement is denied.

1.

The allegations contained in paragraph 1 of Plaintiff's Complaint are denied.

2.

The allegations contained in paragraph 2 of Plaintiff's Complaint are admitted.

3.

The allegations contained in paragraph 3 of Plaintiff's Complaint are admitted.

4.

Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 4 of Plaintiff's Complaint and therefore they are denied.

5.

Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 5 of Plaintiff's Complaint and therefore they are denied.

6.

The allegations contained in paragraph 6 of Plaintiff's Complaint are admitted to the extent the RTA is organized pursuant to LA RS 48-1655 et seq.

7.

The allegations contained in paragraph 7 of Plaintiff's Complaint are admitted to the extent the RTA is organized pursuant to LA RS 48-1655 et seq.

8.

The allegations contained in paragraph 8 of Plaintiff's Complaint are admitted.

9.

Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 9 of Plaintiff's Complaint and therefore they are denied.

10.

Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 10 of Plaintiff's Complaint and therefore they are denied.

11.

Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 11 of Plaintiff's Complaint and therefore they are denied.

12.

Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 12 of Plaintiff's Complaint and therefore they are denied.

13.

Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 13 of Plaintiff's Complaint and therefore they are denied.

14.

Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 14 of Plaintiff's Complaint and therefore they are denied.

15.

Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 15 of Plaintiff's Complaint and therefore they are denied.

16.

Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 16 of Plaintiff's Complaint and therefore they are denied.

17.

Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 17 of Plaintiff's Complaint and therefore they are denied.

18.

Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 18 of Plaintiff's Complaint and therefore they are denied.

19.

Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 19 of Plaintiff's Complaint and therefore they are denied.

20.

Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 20 of Plaintiff's Complaint and therefore they are denied.

21.

Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 21 of Plaintiff's Complaint and therefore they are denied.

22.

Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 22 of Plaintiff's Complaint and therefore they are denied.

23.

Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 23 of Plaintiff's Complaint and therefore they are denied.

24.

Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 24 of Plaintiff's Complaint and therefore they are denied.

25.

Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 25 of Plaintiff's Complaint and therefore they are denied.

26.

Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 26 of Plaintiff's Complaint and therefore they are denied.

27.

Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 27 of Plaintiff's Complaint and therefore they are denied.

28.

Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 28 of Plaintiff's Complaint and therefore they are denied.

29.

Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 29 of Plaintiff's Complaint and therefore they are denied.

30.

Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 30 of Plaintiff's Complaint and therefore they are denied.

31.

Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 31 of Plaintiff's Complaint and therefore they are denied.

32.

The allegations contained in paragraph 32 of Plaintiff's Complaint are denied.

33.

The allegations contained in paragraph 33 of Plaintiff's Complaint are denied.

34.

The allegations contained in paragraph 34 of Plaintiff's Complaint are denied.

35.

Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 35 of Plaintiff's Complaint and therefore they are denied.

36.

The allegations contained in paragraph 36 of Plaintiff's Complaint are admitted.

37.

The allegations contained in paragraph 37 of Plaintiff's Complaint are admitted.

38.

The allegations contained in paragraph 38 of Plaintiff's Complaint are admitted.

39.

The allegations contained in paragraph 39 of Plaintiff's Complaint are denied.

40.

The allegations contained in paragraph 40 of Plaintiff's Complaint are denied.

41.

The allegations contained in paragraph 41 of Plaintiff's Complaint are denied.

42.

The allegations contained in paragraph 42 of Plaintiff's Complaint are denied.

43.

The allegations contained in paragraph 43 of Plaintiff's Complaint are denied.

44.

The allegations contained in paragraph 44 of Plaintiff's Complaint are denied.

45.

The allegations contained in paragraph 45 of Plaintiff's Complaint are denied.

46.

The allegations contained in paragraph 46 of Plaintiff's Complaint are denied.

47.

The allegations contained in paragraph 47 of Plaintiff's Complaint are denied.

48.

The allegations contained in paragraph 48 of Plaintiff's Complaint are admitted.

49.

Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 49 of Plaintiff's Complaint and therefore they are denied.

50.

The allegations contained in paragraph 50 of Plaintiff's Complaint are denied.

51.

The allegations contained in paragraph 51 of Plaintiff's Complaint are denied.

52

The allegations contained in paragraph 52 of Plaintiff's Complaint are denied.

53.

The allegations contained in paragraph 53 of Plaintiff's Complaint are denied.

54.

The allegations contained in paragraph 54 of Plaintiff's Complaint are denied.

55.

The allegations contained in paragraph 55 of Plaintiff's Complaint are denied.

56.

The allegations contained in paragraph 56 of Plaintiff's Complaint are denied.

57.

The allegations contained in paragraph 57 of Plaintiff's Complaint are denied.

58.

The allegations contained in paragraph 58 of Plaintiff's Complaint are admitted.

59.

The allegations contained in paragraph 57 of Plaintiff's Complaint are denied.

60.

The allegations contained in paragraph 60 of Plaintiff's Complaint are denied.

61.

The allegations contained in paragraph 61 of Plaintiff's Complaint are admitted.

62.

The allegations contained in paragraph 62 of Plaintiff's Complaint are denied.

63.

Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 63 of Plaintiff's Complaint and therefore they are denied.

64.

The allegations contained in paragraph 64 of Plaintiff's Complaint are admitted.

65.

The allegations contained in paragraph 65 of Plaintiff's Complaint are denied.

66.

The allegations contained in paragraph 66 of Plaintiff's Complaint are denied.

67.

The allegations contained in paragraph 67 of Plaintiff's Complaint are denied.

68.

The allegations contained in paragraph 68 of Plaintiff's Complaint are denied.

69.

The allegations contained in paragraph 69 of Plaintiff's Complaint are denied.

70.

The allegations contained in paragraph 70 of Plaintiff's Complaint are denied.

71.

The allegations contained in paragraph 71 of Plaintiff's Complaint are denied.

72.

The allegations contained in paragraph 72 of Plaintiff's Complaint are denied.

73.

The allegations contained in paragraph 73 of Plaintiff's Complaint are denied.

74.

The allegations contained in paragraph 74 of Plaintiff's Complaint are denied.

75.

The allegations contained in paragraph 75 of Plaintiff's Complaint are denied.

76.

The allegations contained in paragraph 76 of Plaintiff's Complaint are denied.

77.

The allegations contained in paragraph 77 of Plaintiff's Complaint are denied.

78.

The allegations contained in paragraph 78 of Plaintiff's Complaint are denied.

79.

The allegations contained in paragraph 79 of Plaintiff's Complaint are denied.

80.

The allegations contained in paragraph 80 of Plaintiff's Complaint are admitted.

81.

The allegations contained in paragraph 81 of Plaintiff's Complaint are denied.

82.

The allegations contained in paragraph 82 of Plaintiff's Complaint are denied.

83.

Defendant is without knowledge or information sufficient to form a belief about the truth of the allegations contained in Paragraph 83 of Plaintiff's Complaint and therefore they are denied.

84.

The allegations contained in paragraph 84 of Plaintiff's Complaint are denied.

85.

The allegations contained in paragraph 85 of Plaintiff's Complaint are denied.

86.

The allegations contained in paragraph 86 of Plaintiff's Complaint are denied.

87.

The allegations contained in paragraph 87 of Plaintiff's Complaint are denied.

88.

The allegations contained in paragraph 88 of Plaintiff's Complaint are denied.

89.

The allegations contained in paragraph 89 of Plaintiff's Complaint are denied.

90.

The allegations contained in paragraph 90 of Plaintiff's Complaint are denied.

91.

The allegations contained in paragraph 91 of Plaintiff's Complaint are denied.

92.

The allegations contained in paragraph 92 of Plaintiff's Complaint are denied.

93.

The allegations contained in paragraph 93 of Plaintiff's Complaint are denied.

94.

The allegations contained in paragraph 94 of Plaintiff's Complaint are denied.

95.

The allegations contained in paragraph 95 of Plaintiff's Complaint are denied.

96.

The allegations contained in paragraph 96 of Plaintiff's Complaint are denied.

97.

The allegations contained in paragraph 97 of Plaintiff's Complaint are denied.

98.

The allegations contained in paragraph 98 of Plaintiff's Complaint are denied.

99.

The allegations contained in paragraph 99 of Plaintiff's Complaint are denied.

100.

The allegations contained in paragraph 100 of Plaintiff's Complaint are denied.

101.

The allegations contained in paragraph 101 of Plaintiff's Complaint are denied.

102.

The allegations contained in paragraph 102 of Plaintiff's Complaint are denied.

103.

The allegations contained in paragraph 103 of Plaintiff's Complaint are denied.

104.

The allegations contained in paragraph 104 of Plaintiff's Complaint are denied.

105.

The allegations contained in paragraph 105 of Plaintiff's Complaint are denied.

106.

The allegations contained in paragraph 106 of Plaintiff's Complaint are denied.

107.

The allegations contained in paragraph 107 of Plaintiff's Complaint are denied.

108.

The allegations contained in paragraph 108 of Plaintiff's Complaint are denied.

109.

To the extent the paragraph entitled "Prayer" in the paragraph beginning "Wherefore, plaintiffs pray, . . ." requires an answer that paragraph is denied. Plaintiff is not entitled to any relief, in any form or manner whatsoever and any alleged liability is denied.

**AND NOW** further answering Plaintiff='s' Complaint, Defendant, New Orleans Regional Transit, affirmatively pleads the following defenses. Should any of these defenses be deemed inconsistent in any way, then they should be considered as being pled in the alternative:

### First Affirmative Defense

At all times relevant to this lawsuit, Defendant acted in good faith, without malice, and did not violate any provision of any applicable law, rule, regulation or guideline. At all times relevant to this suit, Defendant had reasonable grounds for believing its actions with respect to Plaintiff were not in violation of any law, rule, regulation, or guideline.

### Second Affirmative Defense

Plaintiff's complaint fails to state a claim because Defendant's conduct with regard to Plaintiff was at all times based upon legitimate, bona fide, non-discriminatory business reasons which were entirely without discriminatory motive, intent, or effect.

### Third Affirmative Defense

The allegations in Plaintiff's complaints, even if true, which is expressly denied, are not the result of a policy or custom adopted or maintained with deliberate indifference.

### Fourth Affirmative Defense

Plaintiff failed to mitigate his alleged damages

### Fifth Affirmative Defense

At all times, Defendant's actions were in compliance with all applicable federal and state laws and regulations.

### Sixth Affirmative Defense

Plaintiff is not entitled to equitable relief.

### Seventh Affirmative Defense

Plaintiff is not entitled to recover statutory attorneys' fees.

### Eighth Affirmative Defense

The Defendant gives notice that it intends to rely on such other defenses that may become available or appear during discovery proceedings in this case and hereby reserve the right to amend their answer to assert any such defense.

**FURTHER,** Defendant respectfully pleads any and all other defenses and/or affirmative defenses available to it under applicable law and respectfully reserves the right to supplement and/or amend its answer as hereinafter may be appropriate.

**WHEREFORE**, Defendant, New Orleans Regional Transit Authority, prays that its Answer to Plaintiff's Complaint be deemed good and sufficient and that after due proceedings had, there be judgment in favor of Defendant, dismissing Plaintiff=s Complaint at Plaintiff's cost and for all general and equitable relief.

Respectfully submitted,

/s/ N. Sundiata Haley
N. Sundiata Haley (#26317)
Haley Law Firm, L.L.C.
650 Poydras Street, Suite 2317
New Orleans, Louisiana 70130
Telephone: (504) 533-8720
Facsimile: (504) 354-2881

**CERTIFICATE OF SERVICE**

    I hereby certify that ON THE 8TH day of September 2023, I electronically filed the forgoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

                                           /s/ N. Sundiata Haley
                                            N. SUNDIATA HALEY